UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

BRAD ALAN VOORHEES,

Petitioner,

v.

DAVID CRIST, Warden,

Respondent.

Civil No. 01-1516 (JRT/JGL)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY HABEAS CORPUS SHOULD NOT BE GRANTED**

---

Petitioner having filed an application for writ of habeas corpus which challenges his St. Louis County conviction of July 29, 1997, and alleges violations of his rights under the United States Constitution;

**IT IS HEREBY ORDERED** that respondent shall file a response to petitioner's application within thirty (30) days of the date of this Order. Such response shall address the merits of petitioner's claims in light of relevant decisions of the United States Supreme Court and the United States Court of Appeals for the Eighth Circuit. The response shall include copies of all written materials from prior state court proceedings that are relevant to the issues raised in the application. The response should also address the issue of whether all of petitioner's current claims have been fairly presented to, and decided on the merits by, the Minnesota Supreme Court, and, if not, whether those claims which have not been fairly presented could still be raised and adjudicated in the State Supreme Court.

Dated: August 23, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED AUG 2 3 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK