AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Brad Alan Voorhees

V.

David Crist

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1516 JRT/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner's state petition for writ of habeas corpus is dismissed with prejudice. For purposes of appeal, the court does not certify the issues raised in petitioner's motion for appeal.

July 22, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Victoria Moralez, Deputy Clerk